UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| SENIOR AIRMAN MATTHEW A. THEURER, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 7:13-CV-142-FL |
| DEPARTMENT OF DEFENSE, | ) ) ) | |
| Respondent. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the petitioner's Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978, the respondent's Motion to Dismiss, and the memorandum and recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 20, 2013, and for the reasons set forth more specifically therein, that the petitioner's motion is denied and the respondent's motion to dismiss is granted.

**This Judgment Filed and Entered on September 20, 2013, and Copies To:**

Kimberly A. Moore (via CM/ECF Notice of Electronic Filing)
Matthew A. Theurer (via U.S. Mail) Sampson County Detention Center
                                             112 Fontana Street, Clinton, NC 28328


September 20, 2013                      JULIE A. RICHARDS, CLERK OF COURT
                                                       /s/ Christa N. Baker
                                                        (By) Christa N. Baker, Deputy Clerk